

NUMBER 13-18-00435-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

VALLEY'S MARKET PLACE, LLC,                                    Appellant,

v.

LUPITA DURAN,                                                           Appellee.

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Memorandum Opinion by Justice Longoria

Appellant Valley's Market Place, LLC attempted to perfect an appeal from orders entered by the County Court at Law No. 4 of Hidalgo County, Texas on July 18, 2018 and August 6, 2018. The orders at issue denied appellant's motion to dismiss the underlying case and denied appellant's motion for reconsideration of that ruling. Appellant's amended notice of appeal asserts that these orders are final rulings, or, alternatively, are

appealable interlocutory orders.   Appellant further asserts, in the alternative, that it will file an original proceeding if these rulings cannot be attacked by appeal.

Generally, appeals may be taken only from final judgments.   *See City of Watauga v. Gordon*, 434 S.W.3d 586, 588 (Tex. 2014); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).   Appellate courts have jurisdiction to consider appeals of interlocutory orders only if a statute explicitly provides for such an appeal.   *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840 (Tex. 2007); *see City of Watauga*, 434 S.W.3d at 588; *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

The Court, having considered the amended notice of appeal and the clerk's record, is of the opinion that the appeal should be dismissed for want of jurisdiction.   The orders at issue in this case are neither final judgments nor interlocutory appeals authorized by statute.   Accordingly, the appeal is dismissed for want of jurisdiction.   *See* TEX. R. APP. P. 42.3(a),(c).   All pending motions or requests for relief, if any, are likewise dismissed for want of jurisdiction.

NORA L. LONGORIA
Justice

Delivered and filed the
11th day of October, 2018.

2